IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JAMES WALKER, JR. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 06-609 |

ORDER

AND NOW, this 4th day of August, 2010, upon consideration of Defendants' Prison Health Services, Inc., Dr. Demetrios Skliros, and Nurse Elizabeth Boxer's Motion for Summary Judgment (Docket No. 89), and the plaintiff's opposition thereto, IT IS HEREBY ORDERED that:

1. The defendants' motion is GRANTED. Prison Health Services, Inc., Dr. Demetrios Skliros, and Nurse Elizabeth Boxer are dismissed from this action.

2. The Court will schedule an on-the-record telephone conference with Mr. Walker and counsel for the remaining defendants to schedule the remainder of the case.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.